UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

\

No. **14-1446**

Moses v. MacFarland, et al.
(D.N.J. Civ. No. 97-cv-02118)

**ORDER**

Appellant has appealed denial of the petition for writ of habeas corpus that he filed in the District Court. It appearing that the appeal cannot be determined without reviewing the state court record in this case, and it further appearing that the state court record was never filed in the District Court or forwarded to the Court of Appeals, it is hereby **ORDERED** that the District Court shall request the state court record in the following case, including all relevant materials from Mr. Moses' post-conviction proceedings.

    State of New Jersey v. Robert Moses, Superior Court of New Jersey, Law Division, Essex County, Indictment No. 92-10-03653.

Upon receipt of the record, the District Court shall forward it to the Court of Appeals. Copies or certified copies are acceptable.

For the Court,

*Marcia M. Waldron*
Marcia M. Waldron, Clerk

A True Copy:

*Marcia M. Waldron*
Marcia M. Waldron, Clerk

Dated: September 24, 2014
LML/cc:    Jean D. Barrett, Esq.
            Stephen A. Pogany, Esq.
            William T. Walsh, Clerk