OFFICE OF THE CLERK

**MARCIA M. WALDRON**

**CLERK**

UNITED STATES COURT OF APPEALS
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995



March 18, 2015

Jean D. Barrett, Esq.
Ruhnke & Barrett
47 Park Street
12th Floor
Montclair, NJ 07042

Robert Moses
New Jersey State Prison
P.O. Box 861
Trenton, NJ 08625

Stephen A. Pogany, Esq.
Essex County Office of Prosecutor
50 West Market Street
Essex County Veterans Courthouse
Newark, NJ 07102

RE: Robert Moses v. Kathy MacFarland, et al
Case Number: 14-1446
District Case Number: 2-97-cv-02118

ENTRY OF JUDGMENT

Today, **March 18, 2015** the Court issued a case dispositive order in the above-captioned matter which serves as this Court's judgment. Fed. R. App. P. 36.

If you wish to seek review of the Court's decision, you may file a petition for rehearing. The procedures for filing a petition for rehearing are set forth in Fed. R. App. P. 35 and 40, 3rd Cir. LAR 35 and 40, and summarized below.

Time for Filing:
14 days after entry of judgment
45 days after entry of judgment in a civil case if the United States is a party

Page Limits:
15 pages

Attachments:
A copy of the panel's dispositive order only. No other attachments are permitted without first obtaining leave from the Court.

Unless the petition specifies that the petition seeks only panel rehearing, the petition will be construed as requesting both panel and en banc rehearing. If separate petitions for panel rehearing and rehearing en banc are submitted, they will be treated as a single document and will be subject to a combined 15 page limit. If only panel rehearing is sought, the Court's rules do not provide for the subsequent filing of a petition for rehearing en banc in the event that the petition seeking only panel rehearing is denied.

Please consult the Rules of the Supreme Court of the United States regarding the timing and requirements for filing a petition for writ of certiorari.


Very truly yours,

*Marcia M. Waldron*

Marcia M. Waldron,
Clerk


By: Caitlyn
Case Manager
267-299-4956

cc:     Mr. William T Walsh